## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES--GENERAL

CASE NO. CV 10-05225 DMG (AJW)                DATE: August 5, 2010

TITLE: Shawn Meyers v. County of Los Angeles, et al.
====================================================
PRESENT:    HON. ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

        **Ysela Benavides**
        **Deputy Clerk**                          **Court Reporter**

ATTORNEYS PRESENT FOR PLAINTIFF(S):     ATTORNEYS PRESENT FOR DEFENDANT(S):
      None                                            None

**ORDER REGARDING FILING FEE INFORMATION**

On July 23, 2010, the court issued an "Order Re Leave To File Action Without Prepayment Of Full Filing Fee," assessing a total filing fee of $350.00, and an initial partial filing fee of $30.00. Plaintiff filed a statement authorizing officials at the institution in which he or she is in custody to calculate and disburse additional funds from his or her prison trust account in compliance with 28 U.S.C. § 1915.

The Clerk is directed to forward a copy of the Court's "Order re Leave to File Action Without Prepayment of Full Filing Fee" and plaintiff's declaration and authorization for the withdrawal of funds from his trust account to the Secretary of the California Department of Corrections and Rehabilitation, so that he or she may be apprised of the contents of the order and plaintiff's authorization.

**IT IS SO ORDERED.**

cc:    Parties
       Secretary, California Department of Corrections and Rehabilitation, 1515 "S" Street, Sacramento, CA 95814
       Reginald Humphrey, Finance Director for the United States District Court, Central District of California

MINUTES  FORM  11                                   Initials  of  Deputy  Clerk_____
CIVIL-GEN