**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Shawn Meyers, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br> County of Los Angeles, Sheriff Leroy Baca, Dr. Wilmore, and Nurse Ackalock, <br> DEFENDANT(S). | CV 10-05225-DMG (AJW) <br><br> SUMMONS |

TO: DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Shawn Meyers, BK #1727226_, whose address is _Men's Central Jail, 441 Bauchet Street, Los Angeles, CA. 90012_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __November 16, 2010__    By: _____Mel Z_____
                                      Deputy Clerk
                                      (Seal of the Court)

1171

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

---

CV-01A (12/07)    SUMMONS