UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHAWN MEYERS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>    Defendants. | Case No. CV 10-5225 DMG (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court adopts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: February 6, 2012

_____
DOLLY M. GEE
United States District Judge