# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

SHAWN MEYERS,                )
                             )
        Plaintiff,        )     Case No. CV 10-05225 DMG (AJW)
                             )
      v.                   )
                             )     **J U D G M E N T**
COUNTY OF LOS ANGELES,       )
et. al.,                     )
                             )
        Defendants.       )
_____ )

    **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED:  February 6, 2012

_____
DOLLY M. GEE
United States District Judge